**Phillip Anthony RUTH, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 59533.

Missouri Court of Appeals,
Western District.

Dec. 18, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 29, 2002.

Application for Transfer Denied
March 19, 2002.

Craig A. Johnston, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before: VICTOR C. HOWARD, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

*Order*

PER CURIAM.

Mr. Phillip A. Ruth appeals the judgment of the motion court denying his claim of ineffective assistance of counsel in a postconviction relief motion after an evidentiary hearing.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Derek T. HUBBARD, Appellant.**

No. WD 59463.

Missouri Court of Appeals,
Western District.

Dec. 18, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 29, 2002.

Application for Transfer Denied
March 19, 2002.

Andrew A. Schroeder, Kansas City, for appellant.

Breck K. Burgess, Jefferson City, for respondent.

Before JAMES M. SMART, JR., Presiding Judge, HAROLD L. LOWENSTEIN, Judge and JOSEPH M. ELLIS, Judge.

*ORDER*

PER CURIAM.

Appellant Derek T. Hubbard appeals from his conviction for assault in the first degree with serious physical injury, § 565.050, and felonious restraint, § 565.120. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).